# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: PADY, JOHN E.  §<br>    PADY, KIMBERLY A.  §<br>                          §<br>Debtor(s)                 § | Case No. 09-14091 |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/24/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2010          By: /s/BRADLEY J. WALLER_____
                                         Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380


**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PADY, JOHN E. § Case No. 09-14091
      PADY, KIMBERLY A. §
       §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,730.15 |
| and approved disbursements of | $ 0.00 |
| leaving a balance on hand of [1] | $ 4,730.15 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 800.00 | $ 86.25 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 92,643.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 8,984.21 | $ 372.77 |
| 2 | DISCOVER BANK | $ 4,765.54 | $ 197.73 |
| 3 | Chase Bank USA, N.A. | $ 924.24 | $ 38.35 |
| 4 | Recovery Management Systems Corporation - GE | $ 506.16 | $ 21.00 |
| 5 | PYOD LLC as assignee of Citibank | $ 13,171.85 | $ 546.52 |
| 6 | PYOD LLC as assignee of Citibank | $ 12,934.69 | $ 536.68 |
| 7 | PYOD LLC as assignee of Citibank | $ 18,692.33 | $ 775.57 |
| 8 | PYOD LLC as assignee of Citibank | $ 19,296.04 | $ 800.62 |
| 9 | PYOD LLC as assignee of Citibank | $ 13,368.23 | $ 554.66 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant*                                              *Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                              *Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/BRADLEY J. WALLER
             Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: evelyng           Page 1 of 1           Date Rcvd: Apr 22, 2009
Case: 09-14091                Form ID: b9a            Total Served: 19
```

The following entities were served by first class mail on Apr 24, 2009.
```
db/jdb       +John E. Pady,   Kimberly A. Pady,   14124 S. Cedar Road,   Homer Glen, IL 60491-7507
aty          +John C Renzi,   June Prodehl & Renzi LLC,   1861 Black Road,   Joliet, IL 60435-3591
tr           +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
               Sycamore, IL 60178-3140
13809969     +Citi Cards Master,   Processing Center,   Des Moines, IA 50363-0001
13809970      Citi Master,   CitiCards,   P.O. Box 688908,   Des Moines, IA 50368-8908
13809971      Citibank Master,   P.O. Box 688903,   Des Moines, IA 50368-8903
13809972     +Citibank Master,   Processing Center,   Des Moines, IA 50363-0001
13809973      Discover,   P.O. Box 6103,   Carol Stream, IL 60197-6103
13809974     +First Franklin Mortgage,   P.O. Box 1838,   Pittsburgh, PA 15230-1838
13809975      Home Depot,   Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
13809980      Prudential Financial,   FIA Card Services,   P.O. Box 37291,   Baltimore, MD 21297-3291
13809983      Wells Fargo Financial,   P.O. Box 98798,   Las Vegas, NV 89193-8798
13809984     +Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059
```

The following entities were served by electronic transmission on Apr 23, 2009.
```
13809976      EDI: IRS.COM Apr 22 2009 21:13:00      Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA 19114
13809977     +EDI: TSYS2.COM Apr 22 2009 21:13:00      Macy's,   P.O. Box 8066,   Mason, OH 45040-8066
13809978      EDI: CHASE.COM Apr 22 2009 21:19:00      Pier 1 Imports,   P.O. Box 15298,
               Wilmington, DE 19850-5298
13809979      EDI: CHASE.COM Apr 22 2009 21:19:00      Providian VISA,   Washington Mutual,   P.O. Box 660487,
               Dallas, TX 75266-0487
13809981     +EDI: RMSC.COM Apr 22 2009 21:13:00      Sams Club,   P.O. box 981064,   El Paso, TX 79998-1064
13809982      EDI: CHASE.COM Apr 22 2009 21:19:00      Washington Mutual,   P.O. Box 660487,
               Dallas, TX 75266-0487
13809983      EDI: WFFC.COM Apr 22 2009 21:13:00      Wells Fargo Financial,   P.O. Box 98798,
               Las Vegas, NV 89193-8798
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2009                    Signature:    *Joseph Speetjens*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 1           Date Rcvd: Aug 23, 2010
Case: 09-14091                Form ID: pdf006             Total Noticed: 23

The following entities were noticed by first class mail on Aug 25, 2010.
db/jdb         +John E. Pady,   Kimberly A. Pady,   14124 S. Cedar Road,   Homer Glen, IL 60491-7507
aty            +John C Renzi,   June Prodehl & Renzi LLC,   1861 Black Road,   Joliet, IL 60435-3591
tr             +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
                Sycamore, IL 60178-3140
13809979      ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
                (address filed with court:  Providian VISA,   Washington Mutual,   P.O. Box 660487,
                Dallas, TX 75266-0487)
13809982      ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
                WILMINGTON DE 19801-2920
                (address filed with court:  Washington Mutual,   P.O. Box 660487,   Dallas, TX 75266-0487)
14351661       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13809969      +Citi Cards Master,   Processing Center,   Des Moines, IA 50363-0001
13809970       Citi Master,   CitiCards,   P.O. Box 688908,   Des Moines, IA 50368-8908
13809971       Citibank Master,   P.O. Box 688903,   Des Moines, IA 50368-8903
13809972      +Citibank Master,   Processing Center,   Des Moines, IA 50363-0001
13809974      +First Franklin Mortgage,   P.O. Box 1838,   Pittsburgh, PA 15230-1838
13809975       Home Depot,   Home Depot Credit Services,   Processing Center,   Des Moines, IA 50364-0500
13809976      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                PHILADELPHIA PA 19114-0326
                (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
13809977      +Macy's,   P.O. Box 8066,   Mason, OH 45040-8066
14685059      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13809978       Pier 1 Imports,   P.O. Box 15298,   Wilmington, DE 19850-5298
13809980       Prudential Financial,   FIA Card Services,   P.O. Box 37291,   Baltimore, MD 21297-3291
13809984      +Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059
The following entities were noticed by electronic transmission on Aug 23, 2010.
14283358       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 24 2010 01:08:20      DISCOVER BANK,
                DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13809973       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 24 2010 01:08:20      Discover,   P.O. Box 6103,
                Carol Stream, IL 60197-6103
14280562      +E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2010 01:14:59
                Recovery Management Systems Corporation,   For Capital Recovery III LLC,
                As Assignee of WASHINGTON MUTUAL BANK,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14659386      +E-mail/PDF: rmscedi@recoverycorp.com Aug 24 2010 01:14:59
                Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
13809981      +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2010 01:14:58      Sams Club,   P.O. box 981064,
                El Paso, TX 79998-1064
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13809983      ##Wells Fargo Financial,   P.O. Box 98798,   Las Vegas, NV 89193-8798
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2010**          **Signature:** *Joseph Speetjens*